Ted Stepovich
880 N Street, Ste. 101
Anchorage, Alaska 99501
Ph: (907) 272-9322
Fax: (907) 277-1373
Email: ted@akdltlaw.com

Attorney for the Estate of Jennifer Lynn Williams



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JENNIFER LYNN WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | |
| | **Case No. 3:26-cv-00401-HRH** |

**COMPLAINT**

COMES NOW, the Estate of Jennifer Williams, by and through its personal representative, Valerie Williams and its attorneys, the Law Office of Ted Stepovich, who for its complaint against the defendant complains and alleges:

1. Jennifer Lynn Williams, was a resident of the State of Alaska, Third Judicial District and the State of Alaska.

2. On or about June 30, 2025, the Estate of Jennifer Williams, by and through its personal representative, Valerie Williams filed an Administrative Tort Claim under the Federal Tort Claims Act with the United States Department of Health &

Human Services (HHS) and its Indian Health Service (IHS). The Administrative Claim states that Jennifer Williams was injured and died as a result of medical malpractice and negligence on the part the Alaska Native Medical Center in Anchorage, Alaska which is a facility owned and operated by the United States and administered by its Department of HHS, through its IHS and its contractor, Alaska Native Tribal Health Consortium. The agency's failure to make a decision within six months of the filing of the administrative claim constitutes a constructive denial allowing the filing of the present lawsuit.

3. This Court has jurisdiction of this action under 28 U.S.C. §§ 1346 and 2671 et seq.; as the present complaint is a claim against the United States, which alleges injury and death as a result of medical malpractice and negligence.

4. Jennifer Williams was operated on at the Alaska Native Medical Center(ANMC) in Anchorage, Alaska on or about July 14, 2023. During the course of that operation Jennifer Williams's liver was negligently pierced and insufflated. Such action was below the standard of care as applied to the defendant and its agents. The United States, through its Department of HHS, IHS and through its medical providers who acted as its agents, contractors and/or employees, had a duty to provide medical treatment to Jennifer Williams that met the standard of care and failed to do so, as the applicable standard of care was breached.

THE LAW OFFICE OF TED STEPOVICH
880 N Street, Ste. 101
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373

Alternatively, Defendant failed to meet the applicable standard of care as the procedure that was performed was not medically indicated or warranted at the time when Defendant insufflated Jennifer Williams liver when performing such procedure. As a direct result of such failures, Jennifer Williams suffered serious physical injury, hypoxia and death, and was in a coma until the time of her death in November of 2023.

5. The United States, through its agencies and departments and through its medical providers who acted as its agents and employees, was responsible for providing adequate medical treatment to Jennifer Williams which at a minimum met the applicable standard of care. Defendant failed to conduct appropriate testing and other diagnostic procedures that are standard practice and failed to meet the standard of care as to the procedure performed, and as a direct result of such failures, Jennifer Williams suffered serious physical injury and died.

6. Defendant failed to obtain the informed consent of Jennifer Williams prior to performing the procedure of July 14, 2023. Defendant failed to inform Jennifer Williams as to the reason for the procedure proposed, the common risks associated with the procedure and the reasonable alternatives to the proposed procedure. But for such failures, Jennifer Williams would not have consented to the procedure performed.

**THE LAW OFFICE OF TED STEPOVICH**
**880 N Street, Ste. 101**
**Anchorage, Alaska 99501**
**Ph: 272-9322 Fax: 277-1373**

**COUNT I**

7. All preceding paragraphs of this complaint are incorporated into this first cause of action and plaintiff further complains and alleges:

8. When Jennifer Williams presented to defendant's medical staff, the medical staff failed to exercise the degree of skill and care normally exercised by medical professionals in their respective areas of practice. They failed to perform proper diagnostic testing, failed to follow their own published guidelines, failed to consider alternatives to the surgical procedure and were negligent in the manner they performed the procedure they did.

9. As a direct and proximate result of the defendant's failure to exercise the degree of skill and care normally exercised by competent medical providers, Jennifer Williams suffered injuries that would otherwise not have occurred and died.

10. Defendant caused Jennifer Williams to suffer severe physical injury, severe emotional distress, severe pain and suffering and death, entitling her estate to consequential and compensatory damages with the exact amount to be established at the time of trial. The amount of damages claimed in the administrative tort claim was Twenty Million Dollars.

THE LAW OFFICE OF TED STEPOVICH
880 N Street, Ste. 101
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373

## COUNT II

11. All preceding paragraphs of this complaint are incorporated into this second cause of action and plaintiff further complains and alleges:

12. Defendant breached it duty to obtain the informed consent of Jennifer Williams when it failed to inform her as to the reason for the procedure proposed, the common risks associated with the procedure and the reasonable alternatives to the proposed procedure. But for such failures, Jennifer Williams would not have consented to the procedure performed. Such failure to obtain her informed consent caused Jennifer Williams to suffer severe physical injury, severe emotional distress, severe pain and suffering and death entitling her estate to consequential and compensatory damages with the exact amount to be established at the time of trial.

WHEREFORE, the plaintiff hereby demands trial by jury on all issues so triable, and prays for the following relief:

1. An award of damages including an amount for past and future medical expenses, pain and suffering, and emotional distress.

2. An award of attorney fees and costs incurred in the prosecution of this matter.

3. Such other relief, whether, legal or equitable, and whether similar or different than the relief specifically prayed

THE LAW OFFICE OF TED STEPOVICH
880 N Street, Ste. 101
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373

for herein, and to which Estate of Jennifer Williams is otherwise entitled.

DATED this 19th day of November 2026.

Law office of Ted Stepovich
880 N Street, Ste. 101
Anchorage, Alaska 99501

By: S/TStepovich
Ted Stepovich
Ak. Bar. No. 8711113

THE LAW OFFICE OF TED STEPOVICH
880 N Street, Ste. 101
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373